npAYLOR, Judge,
 

 after argument. The plaintiff’s counsel -*• moved to set aside a nonsuit,- which, was suffered, because ©n trial the plaintiff offered an attested copy of a bill of sale for a Negro, instead of the original, and did not account for the absence of the original. The plaintiff’s counsel say, that the pa» pens were shewn to them on the day before the trial, and it did not occur to them that the original would be required ; nor did they remember that it would be wanting till the trial came on — ■ the plaintiff, they say, was therefore surprized in consequence of their overlooking the objection that was made against them. — » This is not surprise, but it is
 
 sua
 
 negligentia, and the nonsuit ®ught not to be set aside.
 

 The rule to set aside the nonsuit, discharged;